UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| Cynthia Leanos,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Andrew Saul, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.  1:18-cv-01467<br><br>CORRECTED STIPULATION AND ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br>28 U.S.C. § 2412(d) |

TO THE HONORABLE JEREMY D. PETERSON, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties through their undersigned counsel, subject to the Court's approval, stipulate that Plaintiff be awarded attorney fees in the amount of FOUR THOUSAND AND EIGHT HUNDRED DOLLARS AND 00/100, $4,800.00 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability

to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to counsel, pursuant to the assignment executed by Plaintiff.  Any payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of FOUR THOUSAND AND EIGHT HUNDRED DOLLARS AND 00/100, $4,800.00, in EAJA attorney fees shall constitute a complete release from, and bar to, any and all claims that Plaintiff and Plaintiff's attorney, Jonathan O. Peña, may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Plaintiff's attorney to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: April 20, 2020         /s/ *Jonathan O. Peña*
                              JONATHAN O. PEÑA
                              Attorney for Plaintiff

Dated: April 20, 2020         McGREGOR W. SCOTT
                              United States Attorney
                              DEBORAH LEE STACHEL

Regional Chief Counsel, Region IX
Social Security Administration

By: _*_*Gina Tomaselli*_
Gina Tomaselli
Special Assistant U.S. Attorney
Attorneys for Defendant
(*Permission to use electronic signature
obtained via email on April 20, 2020).

**ORDER**

This corrected stipulation and award for EAJA fees is approved and so ordered. The court's previous order awarding fees, ECF No. 22, is vacated.

IT IS SO ORDERED.


Dated:   April 28, 2020                              _____
                                                     UNITED STATES MAGISTRATE JUDGE


No. 204.